IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CALIBER AUTOMOTIVE LIQUIDATORS, INC. | CASE NO. 1:06-CV-02016-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| -v- | **DISMISSAL ENTRY** |
| WADSWORTH FORD, INC. | |
| Defendant/Third Party Plaintiff. | |
| v. | |
| C&R PROMOTIONS, ET AL. | |
| Third Party Defendants | |

Plaintiff Caliber Automotive Liquidators, Inc. and Defendant Wadsworth Ford, by their attorneys, jointly present this entry stating that the above-entitled action is settled and dismissed with prejudice, costs to be paid by each party. Any and all rights, titles and interests of Plaintiff Caliber Automotive Liquidators, Inc. are hereby assigned to Defendant Wadsworth Ford pursuant to its Third Party Complaint against C&R Promotions, Bob Melton, and Cheryl Melton. This entry does not dismiss Third Party Plaintiff Wadsworth Ford's Third Party Complaint against Third Party Defendant C&R Promotions, Bob Melton and Cheryl Melton.

/S/ Michael P. Harvey, per e-mail consent
Michael P. Harvey, Esq.
Michael P. Harvey Co., L.P.A.
311 Northcliff Drive
Rocky River, OH 44116-1344
*Attorney for Plaintiff*
*Caliber Automotive Liquidators, Inc.*

/S/ Robert A. Poklar
Robert A. Poklar (0015685)
Tina Rhodes (0036903)
Robert A. Poklar & Associates, L.L.P.
10100 Brecksville Rd
Brecksville, OH 44141-3206
(440) 746-1600
(440) 746-1604 (fax)
*Attorneys for Defendant*
*Wadsworth Ford*

IT IS SO ORDERED

*Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO

FILED
JUL 13 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND