**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CALIBER AUTOMOTIVE LIQUIDATORS, INC.** | ) | **CASE NO.1:06CV2016** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **WADSWORTH FORD, INC.,** | ) | |
| | ) | |
| **Defendant/ Third Party Plaintiff** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Vs. | ) | |
| | ) | |
| **C&R PROMOTIONS, ET AL.,** | ) | |
| | ) | |
| **Third Party Defendants** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On January 5, 2007, Defendant/Third Party Plaintiff Wadsworth Ford, Inc., filed its Third-Party Complaint against several Defendants. On May 22, 2007, the Court ordered Wadsworth to show cause why the case should not be dismissed pursuant to Fed. R. Civ. P. 4(m). On June 5, 2007, Wadsworth responded in a brief supported by affidavit, outlining the efforts made to obtain service. While the Court recognizes the efforts made by Wadsworth to

perfect service on Third-Party Defendants, Wadsworth has had over one hundred eighty days to perfect service and has failed to do so. Therefore, the Court dismisses Wadsworth's Third-Party Complaint pursuant to Fed. R. Civ. P. 4(m). This dismissal is without prejudice.

      IT IS SO ORDERED.


July 13, 2007                        s/Christopher A. Boyko
Date                                CHRISTOPHER A. BOYKO
                                       United States District Judge